# **EXHIBIT A**

**Akorn Holding Company LLC et al**
**Bankruptcy Case No. 23-10253**
**Exhibit A**

| Transferor | Transferee | Transfer Date | Check Number | Transfer Type | Transfer Amount |
|---|---|---|---|---|---|
| Akorn Operating Company, LLC | Euroapi USA | 12/7/2022 | 266395 | Check | $ 45,875.00 |
| Akorn Operating Company, LLC | Euroapi USA | 12/23/2022 | 266552 | Check | $ 8,100.00 |
| | | | | | $ 53,975.00 |